# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JERRY PATRICK WILLIAMS**                                                          **PLAINTIFF**

**VERSUS**                                                     **CIVIL ACTION NO. 1:22-cv-00277-BWR**

**KYLEN HUTCHINS**                                                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this 11th day of June, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE